UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case Number 1:19-mj-369-MSN |
| TASHA LIZST CACCIOTTI, *Defendant.* | 1:20-cr-41-RDA |

## SUMMARY OF PROCEEDINGS PURSUANT TO RULE 58(g)

Defendant Tasha Lizst Cacciotti, through counsel, has appealed the Court's decision on October 16, 2019, denying her petition for removal and remanding her case to the Fairfax County General District Court for resolution. Dkt. No. 3. Pursuant to Rule 58(g) of the Federal Rules of Criminal Procedure, a summary of the proceedings and the record follows.

On August 16, 2019, defendant filed a "Notice of Removal," construed by the Court as a petition for removal, in which she claimed that 28 U.S.C. § 1442(a) entitled her to remove her state criminal prosecution to federal court. Dkt. No. 1. The government filed a response on September 6, 2019, opposing removal. Dkt. No. 2. The undersigned reviewed both pleadings and issued an Order on October 16, 2019, denying the defendant's petition for removal for failure to establish federal removal jurisdiction under § 1442(a). Dkt. No. 3. On October 23, 2019, the defendant filed a notice of appeal of this Court's ruling. Dkt. No. 4. The record consists of the pleadings, including any attachments, and the Court's Order dated October 16, 2019, which summarizes the parties' arguments and articulates the basis of the Court's ruling.

/s/
Michael S. Nachmanoff
United States Magistrate Judge

February 25, 2020
Alexandria, Virginia